IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Keith Maurice Brockington, | ) | C/A NO. 4:10-3215-CMC-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Warden Mary Mitchell; | ) | |
| Counselor Rick James; and | ) | |
| Officer FNU Flournoy, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's complaint, filed in this court pursuant to 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

Matters relating to prison conditions are generally referred to a United States Magistrate Judge of this court for initial review and other pretrial proceedings pursuant to Local Rule 73.02(B)(2)(f). However, this court retains the authority to withdraw the reference and proceed to consider this matter without a Report and Recommendation from a Magistrate Judge. Therefore, this court hereby withdraws the reference to the Magistrate Judge for this matter.

This matter has been pending for some time with no action by the court. Therefore, in an effort to expedite future proceedings in this matter and because there is no prejudice to the Defendants, the court hereby deems the "Amended and Supplemental Complaint" to have been served on the Defendants as of the filing date of this Order. Defendants have filed two motions for extension of time to respond to Plaintiff's complaint. The motions are **granted**. Defendants shall

1

file an answer or other responsive pleading to the "Amended and Supplemental Complaint" by

**Monday, February 6, 2012**.

The Clerk shall terminate the reference to Magistrate Judge Thomas E. Rogers, III, from this matter. This case shall be managed in the Columbia Clerk of Court's office.

**IT IS SO ORDERED.**

                                                s/ Cameron McGowan Currie
                                                CAMERON MCGOWAN CURRIE
                                                UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
January 17, 2012